**CRAIG E. DWYER, Esq. Bar No. 74351**
8745 Aero Drive, Suite 301
San Diego, California 92123
Phone (858) 268-9909
Fax (619) 582-1980

**Attorney for Debtor-in-Possession**
**Robert Charles Allen**

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **In re:** | ) | **Case No. 25-01342-JBM11** |
| | ) | |
| **ROBERT CHARLES ALLEN** | ) | **DEBTOR-IN-POSSESSION PROJECTED 90- DAY PROFIT AND LOSS STATEMENT** |
| | ) | |
| **Debtors-in-Possession** | ) | |

Attached hereto is the Debtor-in-Possession Projected 90-Day Profit and Loss Statement for the Debtor in Possession, Robert Charles Allen.

Dated: 5/7/2025

/s/ Craig E. Dwyer
CRAIG E. DWYER
Attorney for Debtor in Possession
ROBERT CHARLES ALLEN

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
SOUTHERN DISTRICT OF CALIFORNIA

In re

Robert Charles Allen

Debtor(s).

CHAPTER 11

Case No. 25-01342-JBM11

DEBTOR-IN-POSSESSION PROJECTED 90-DAY PROFIT AND LOSS STATEMENT ACCRUAL BASIS

| | April 25 (Month) | May 25 (Month) | June 25 (Month) | TOTAL |
|---|---|---|---|---|
| Sales/Revenue: | | | | |
| Gross Sales/Revenue | 16,000 | 16,000 | 16,000 | 48,000. |
| Less: Returns/Discounts | ( ) | ( ) | ( ) | ( ) |
| Net Sales/Revenue | | | | |
| Cost of Goods Sold: | | | | |
| Beginning of Inventory at Cost | | | | |
| Purchases | | | | |
| Less: Ending Inventory at Cost | | | | |
| Cost of Goods Sold (COGS) | ( ) | ( ) | ( ) | ( ) |
| Gross Profit (Sales Less COGS) | | | | |
| Other Operating Income | | | | |
| Operating Expenses: | | | | |
| Office/Management Payroll | | | | |
| Payroll – Other Employees | | | | |
| Payroll – Taxes | | | | |
| Other Taxes | | | | |
| Depreciation and Amortization | | | | |
| Rent Expense – Real Property | | | | |
| Lease Expense – Personal Property | | | | |
| Repairs and Maintenance | | | | |
| Insurance | | | | |
| Real Property Taxes | | | | |
| Telephone and Utilities | | | | |
| Travel and Entertainment | | | | |
| Miscellaneous Operating Expenses | | | | |
| Total Operating Expenses Living Expenses | (11,925) | (11,925) | (11,925) | (35,775) |
| Net Income (Loss) from Operations | 4,075 | 4,075 | 4,075 | 12,225 |
| Non-Operating Income: | | | | |
| Interest Income | | | | |
| Net Gain on Sale of Assets | | | | |
| Other | | | | |
| Total Non-Operating Income | ( ) | ( ) | ( ) | ( ) |
| NET INCOME /(LOSS) | | | | |

# DECLARATION OF SERVICE

I, CRAIG E. DWYER, declare:

That I am, and was at the time of service of the papers herein referred to, over the age of eighteen (18) years, and not a party to the action; and I am employed in the County of San Diego, California.

My business address is 8745 Aero Drive, Suite 301, San Diego, California, 92123.

**In re Robert Charles Allen, Case No. 25-01342-JBM11**

I served the following document(s)- Debtor-in-Possession Projected 90-Day Profit and Loss Statement.

on the following:

**VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Alyssa Ivancevich on behalf of United States Trustee United States Trustee
alyssa.s.ivancevich@usdoj.gov, tiffany.l.carroll@usdoj.gov,ustp.region15@usdoj.gov

United States Trustee
ustp.region15@usdoj.gov

Mode of Service Notice of Electronic Filing (“NEF”) on May 7, 2025

I declare under penalty of perjury that the foregoing is true and correct. Executed May 7, 2025, at San Diego, California.

/s/ Craig E. Dwyer
CRAIG E. DWYER