CSD 1001A [07/01/18]

Name, Address, Telephone No. & I.D. No.
DLA Piper LLP (US)
Eric D. Goldberg (CA Bar No. 157544)
Rod J. Kazempour (CA Bar No. 347253)
2000 Avenue of the Stars, Suite 400 North Tower
Los Angeles, CA 90067
310.595.3000
Attorneys for BabyFlix Media Inc.

Order Entered on
November 3, 2025
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
Robert Charles Allen

Debtor.

BANKRUPTCY NO. 25-01342-JBM11

Date of Hearing: October 30, 2025
Time of Hearing: 2:00 p.m.
Name of Judge: J. Barrett Marum

# COURT MODIFIED ORDER ON

## EMERGENCY MOTION FOR STATUS CONFERENCE AND FOR AN ORDER CLARIFYING AND ENFORCING THE TERMS OF ABSTENTION

The court orders as set forth on the continuation pages attached and numbered 2 through 2 with exhibits, if any, for a total of 2 pages. Motion/Application Docket Entry No. 124.

//

//

//

//

//

//

//

DATED: November 3, 2025

J Barrett Marum

Judge, United States Bankruptcy Court

The Court, having considered Andrew Sainz-Nieto's Emergency Motion for Status Conference and For An Order Clarifying and Enforcing the Terms of Absetntion [Dkt. 124] ("Motion") and BabyFlix's opposition to the Motion [Dkt. 134]; ~~and~~ having heard arguments from counsel and Mr. Sainz-Nieto at the hearing on October 30, 2025 ("Hearing"), and having reviewed the Creditor's additional legal authority provided at the hearing but finding it inapplicable to the Emergency Motion,

IT IS HEREBY ORDERED THAT:

1. The Motion is DENIED for the reasons set forth on the record at the Hearing.



Signed by Judge J Barrett Marum November 3, 2025